IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Northern Division

UNITED STATES OF AMERICA

v.  Criminal Action No. 2:24cr32

RICARDO MONTA HOLLEY,
         Defendant.

## ORDER

This matter comes before the Court on four pending pretrial motions. Specifically, the defendant's two motions in limine and motion to sequester government witnesses pend before the Court. (ECF Nos. 53, 54, 55.) Additionally, a motion in limine filed by the United States pends before the Court. (ECF No. 57.)

The Court DIRECTS the United States to respond to the defendant's three pending motions, and DIRECTS the defendant to respond to the United States' pending motion, by **5:00 p.m. on Monday, February 2, 2026.**

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 29 January 2026
Richmond, VA

         /s/
John A. Gibney, Jr.
Senior United States District Judge