IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Northern Division

UNITED STATES OF AMERICA

v.                                                      Criminal Action No. 2:24cr32

RICARDO MONTA HOLLEY,
        Defendant.

## **ORDER**

This matter comes before the Court on a motion to seal and an amended motion to seal

filed by the government. (ECF Nos. 96, 97.) The United States moves the Court to seal its

sentencing pleading in this case, (ECF No. 95), but neither explains the basis for this request nor

cites to any authority in support of it.

Upon due consideration, the Court DENIES AS MOOT the government's original motion

to seal, (ECF No. 96), and DIRECTS the United States to file a sealed memorandum by **Friday,**

**May 29, 2026**, that explains what content should be sealed, and why.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: _27 May 2026_
Richmond, VA

/s/
_____
John A. Gibney, Jr.
Senior United States District Judge