IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Northern Division

UNITED STATES OF AMERICA

v.                                                   Criminal Action No. 2:24cr32

RICARDO MONTA HOLLEY,
                Defendant.

## ORDER

This matter comes before the Court on its own initiative.  The Court will sentence the defendant in this case, Ricardo Monta Holley, on Monday, June 8, 2026.  (ECF Nos. 84–86.) Pursuant to the Court's Sentencing Guideline Order entered on March 5, 2026, (ECF No. 84), "[c]ounsel for the defendant and the government shall file and serve sentencing pleadings . . . FOURTEEN (14) DAYS prior to the sentencing hearing." (*Id.* ¶ 6.)  Paragraph 7 describes the content the sentencing pleadings must contain.  (*Id.*)  Monday, May 25, 2026, marked that fourteen-day deadline, but the Court has not yet received the defendant's sentencing pleading.  The Court has tried to contact defense counsel—by telephone call, by voicemail, and by e-mail message—about the status of the defendant's sentencing pleading, all to no avail.

Accordingly, the Court ORDERS defense counsel to file the required sentencing pleading in this case, with the content described in ECF No. 84, by **Friday, May 29, 2026.**

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 28 May 2026
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge